**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10468 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-01870-FRZ |
| v. | |
| ELIJAH JOHN BUCHANAN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frank R. Zapata, District Judge, Presiding

Submitted October 14, 2014[**]

Before:    LEAVY, GOULD, and BERZON, Circuit Judges.

Elijah John Buchanan appeals from his jury-trial conviction and 24-month

sentence for conspiracy to possess with intent to distribute approximately 50

kilograms or more of marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C),

and 846, and for possession with intent to distribute approximately 50 kilograms or

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

more of marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Buchanan's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Buchanan the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**